UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEBSTER, ET AL.<br><br>PLAINTIFFS<br><br>v.<br><br>WILLIAM J. HENDERSON<br>POSTMASTER GENERAL<br>UNITED STATES POSTAL SERVICE<br><br>DEFENDANT. | CIVIL ACTION NO. L-98-647 |

**ORDER**

Upon consideration of the Plaintiffs' Consent Motion to Enlarge Time to Oppose Summary Judgment, it is hereby ORDERED this _13_ day of December, 1999, that the Motion is GRANTED,

And it is further ORDERED that Plaintiff shall have up until and including Tuesday, December 14, 1999, within which to respond to Defendant's Motion for Summary Judgment;

_____
Hon. Benson Everett Legg

Copies to:
Shannon M. Salb, Esq.
Richard H. Semsker, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005
(202) 824-8100
Counsel for Plaintiff

Tamera L. Fine, Esq.
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692

Counsel for Defendant