UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE WEBSTER, ET AL.<br><br>PLAINTIFFS<br><br>v.<br><br>WILLIAM J. HENDERSON<br>POSTMASTER GENERAL<br>UNITED STATES POSTAL SERVICE<br><br>DEFENDANT. | CIVIL ACTION NO. L-98-647 |

**ORDER ENLARGING TIME TO FILE REPLY**

Upon consideration of the defendant's Motion for Enlargement of Time to File Reply, it is hereby ORDERED this ____ day of January, 2000, that the Motion is GRANTED,

And it is further ORDERED that defendant's reply shall be filed on or before January 7, 2000.

_____
Hon. Benson Everett Legg

Copies to:
Shannon M. Salb, Esq.                Tamera L. Fine, Esq.
Richard H. Semsker, Esq.             Assistant U.S. Attorney
LIPPMAN & SEMSKER, PLLC              6625 United States Courthouse
1120 G Street, N.W., Suite 200       101 West Lombard Street
Washington, D.C. 20005               Baltimore, MD  21201-2692
(202) 824-8100
Counsel for Plaintiff                Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Brief Additional Enlargement of Time to file Reply was delivered by first class pre-paid U.S. Mail this 4th day of January, 2000, to:

Shannon M. Salb, Esquire
Lippman & Simsker, PLLC
1120 G. Street, N.W.
Suite 200
Washington, D.C. 20005

_____
Tamera L. Fine