IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACQUELINE WEBSTER, ET AL. | * | |
| | * | JFM- |
| v. | * | Civil Action No. 98-647 |
| | * | |
| WILLIAM HENDERSON | * | |

*****

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 17th day of March 2000, ORDERED that

1. Defendant's Motion for Summary Judgment is GRANTED;

2. Judgment is entered in favor of defendant against plaintiff; and

3. The clerks is directed to close this file.

_____
J. Frederick Motz
United States District Judge

MICROFILMED
MAR 2000